IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00595-RPM

CHERYL MURRAY,

    Plaintiff,

v.

RICHARD LANCENDORFER, in his individual and official capacity,
HOWARD JACKSON, in his individual and official capacity,
CHAD JEFFRIES, in his individual and official capacity,
JAMES W. BILLINGS, JR., Chief of the Pueblo Police Department, in his individual
    and official capacity,
BOARD OF COUNTY COMMISSIONERS OF PUEBLO COUNTY, COLORADO,
PUEBLO COUNTY, COLORADO,
CITY OF PUEBLO, COLORADO, and
PUEBLO CITY COUNCIL,

    Defendants.
_____

## ORDER OF PARTIAL DISMISSAL
_____

Upon consideration of the Unopposed Motion for Partial Dismissal [6], filed on August 6, 2010, by City Defendants, having reviewed the file, and being fully advised,

DOES HEREBY ORDER:

(1) Plaintiff's claims against the Pueblo City Council are hereby dismissed, with prejudice, with the parties to bear their own costs and fees;

(2) Plaintiff's punitive damages claim against the City of Pueblo is hereby dismissed, with prejudice, with the parties to bear their own costs and fees; and

(3) the caption is hereby amended to remove as a Defendant the Pueblo City Council.

Done this 10th day of August, 2010.

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge