IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00595-RPM

CHERYL MURRAY,

    Plaintiff,

v.

RICHARD LANCENDORFER, in his individual and official capacity,
HOWARD JACKSON, in his individual and official capacity,
CHAD JEFFRIES, in his individual and official capacity,
JAMES W. BILLINGS, JR., Chief of the Pueblo Police Department, in his individual and official capacity,
BOARD OF COUNTY COMMISSIONERS OF PUEBLO COUNTY, COLORADO,
PUEBLO COUNTY, COLORADO, and
CITY OF PUEBLO, COLORADO,

    Defendants.
_____

### ORDER OF DISMISSAL AS TO DEFENDANT BOARD OF COUNTY COMMISSIONERS OF PUEBLO COUNTY, COLORADO, AND DEFENDANT PUEBLO COUNTY, COLORADO
_____

    Upon consideration of the Notice of Dismissal [8], filed on August 24, 2010, it is

    ORDERED that Defendants Board of County Commissioners of Pueblo County, Colorado, and Pueblo County, Colorado, are dismissed without prejudice, each party to bear their own costs and attorney's fees, and the case caption is amended to remove these dismissed parties.

    DATED this 24th day of August, 2010.

                    BY THE COURT:

                    s/Richard P. Matsch
                    _____
                    Richard P. Matsch, Senior District Judge