IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00595-RPM

CHERYL MURRAY,

    Plaintiff,

v.

RICHARD LANCENDORFER, in his individual and official capacity,
HOWARD JACKSON, in his individual and official capacity,
CHAD JEFFRIES, in his individual and official capacity,
JAMES W. BILLINGS, JR., Chief of the Pueblo Police Department, in his individual
and official capacity, and
CITY OF PUEBLO, COLORADO,

    Defendants.
_____

**ORDER GRANTING MOTION TO EXTEND 26(a)(1) DISCLOSURE DEADLINE AND AMEND SCHEDULING ORDER**
_____

Pursuant to the Unopposed Motion to Extend the Fed.R.Civ.P. 26(a)(2) Deadline and Amend the Scheduling Order [23] filed on April 2, 2011, it is

ORDERED that the motion is granted as

Deadline for Plaintiff to designate medical/psychological testimony: **May 16,2011**

Deadline for Defendants to designate medical/psychological testimony: **June 16, 2011**

Deadline to designate rebuttal medical/psychological testimony: **July 14, 2011**

Deadline to complete depositions of medical/psychological experts: **August 17, 2011**.

DATED: April 4th, 2011

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior District Judge