IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00595-RPM

CHERYL MURRAY,

    Plaintiff,

v.

RICHARD LANCENDORFER, in his individual and official capacity,
HOWARD JACKSON, in his individual and official capacity,
CHAD JEFFRIES, in his individual and official capacity,
JAMES W. BILLINGS, JR., Chief of the Pueblo Police Department, in his individual
and official capacity, and
CITY OF PUEBLO, COLORADO,

    Defendants.

---

### ORDER TO COMPLY WITH D.C.COLO.LCivR 7.2

---

The Court has signed a Protective Order for the confidentiality of certain information in this case. The order does not expressly provide for compliance with D.C.COLO.LCivR 7.2 in court filings. It is

ORDERED, that in all court filings, counsel shall comply with D.C.COLO.LCivR 7.2 as to any information to be submitted under seal based on the Protective Order.

DATED: April 26th, 2011

                BY THE COURT:

                s/Richard P. Matsch

                _____
                Richard P. Matsch, Senior Judge