IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00595-RPM

CHERYL MURRAY,

    Plaintiff,

v.

RICHARD LANCENDORFER, in his individual and official capacity,
HOWARD JACKSON, in his individual and official capacity,
CHAD JEFFRIES, in his individual and official capacity,
JAMES W. BILLINGS, JR., Chief of the Pueblo Police Department, in his individual
and official capacity, and CITY OF PUEBLO, COLORADO,

    Defendants.

---

**ORDER GRANTING MOTION TO AMEND THE SCHEDULING ORDER TO EXTEND ALL CASE DEADLINES 30 DAYS**

---

Upon consideration of the unopposed Motion to Amend the Scheduling Order to Extend All Case Deadlines 30 Days, filed on April 29, 2011, having reviewed the file, and being fully advised, it is

ORDERED that the motion is granted, and the following deadlines are imposed:

Discovery Cut-off shall be August 1, 2011

Deadline for the filing of dispositive motions shall be August 29, 2011.

Deadline for Plaintiff to designate medical/psychological testimony: June 16, 2011

Deadline for Defendants to designate medical/psychological testimony: July 16, 2011

Deadline to designate rebuttal medical/psychological testimony: August 14, 2011

1

Deadline to complete depositions of medical/psychological experts: September 17, 2011

Wherefore, Plaintiff, unopposed by the defense, requests that This Honorable Court Amend the Scheduling Order to extend all case deadlines 30 days while primary counsel recovers from surgery.

Done this 4th day of May, 2011.

                                                       BY THE COURT
                                                       s/Richard P. Matsch
                                                       _____
                                                       Richard P. Matsch, Senior Judge

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 29th day of April, 2011, a true and correct copy of the **UNOPPOSED MOTION TO AMEND THE SCHEDULING ORDER TO EXTEND ALL CASE DEADLINES 30 DAYS** was electronically filed via the *ECF System* and proper addressed to the following:

>Gordon L. Vaughn, Esq.
>vnd@vaughanddemurro.com
>
>Jessica K. Muzzio, Esq.
>vnd@vaughandemuro.com
>
>Franklin P. Lauer, Esq.
>flauer@lakelaw.org
>
>Paul J. Komyatte, Esq.
>pkomyatte@auto-law.com

                                                    *s/ Raymond K. Bryant*