**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

| | |
|---|---|
| Date: | November 18, 2010 |
| Courtroom Deputy: | J. Chris Smith |
| FTR Technician: | Kathy Terasaki |

_____

Civil Action No.  10-cv-00595-RPM

| | |
|---|---|
| CHERYL MURRAY, | Lonn M. Heymann |
| | Raymond K. Bryant |
| Plaintiff, | |
| v. | |
| RICHARD LANCENDORFER, in his individual and official capacity, | Jessica K. Muzzio |
| HOWARD JACKSON, in his individual and official capacity, | Franklin P. Lauer |
| CHAD JEFFRIES, in his individual and official capacity, | |
| JAMES W. BILLINGS, JR., Chief of the Pueblo Police Department, in his individual and official capacity, and | |
| CITY OF PUEBLO, COLORADO, | |
| Defendants. | |

_____

# COURTROOM MINUTES
_____

**Hearing on Motion to Amend Scheduling Order**

**2:00 p.m.**     **Court in session.**

Court advises counsel regarding its view with respect to the filing of email communications between counsel.

2:01 p.m.     Argument by Mr. Heymann.

2:14 p.m.     Argument by Ms. Muzzio.

**ORDERED:   Motion to Amend the Scheduling Order to Extend Discovery 30 Days to Complete Outstanding Depositions, filed 7/28/2011 [32], is granted with respect to the deposition of James Billings, Jr. and Richard Lancendorfer (within scope of records recently produced).  Depositions to be completed within 30 days.
Pretrial conference set October 21, 2011 at 2:00 p.m.**

Court instructs counsel that all future communications shall between lead counsel Mr. Heymann and Mr. Vaughn.

**2:20 p.m.**     **Court in recess.**     Hearing concluded.  Total time: 20 min.