IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00595-RPM

CHERYL MURRAY,

      Plaintiff,

v.

RICHARD LANCENDORFER, in his individual and official capacity,
HOWARD JACKSON, in his individual and official capacity,
CHAD JEFFRIES, in his individual and official capacity,
JAMES W. BILLINGS, JR., Chief of the Pueblo Police Department, in his individual
and official capacity, and
CITY OF PUEBLO, COLORADO,

      Defendants.

_____

ORDER ON MOTION FOR LEAVE TO FILE DISPOSITIVE MOTION
_____

      On August 29, 2011, the defendants filed a motion for leave to file dispositive motion and tendered a motion for judgment on the pleadings and for summary judgment.  Upon review of the tendered motion, it is

      ORDERED that the motion for leave to file dispositive motion is granted only as to the defendants' motion for summary judgment on the third and fourth claims for relief.  Accordingly, the plaintiff will respond to the motion for summary judgment as to those two claims.

      DATED:   August 30th, 2011

                  BY THE COURT:

                  s/Richard P. Matsch

                  _____

                  Richard P. Matsch, Senior Judge