**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Senior District Judge Richard P. Matsch**

Date: October 21, 2011
Courtroom Deputy: J. Chris Smith
FTR Technician: Kathy Terasaki

---

Civil Action No. 10-cv-00595-RPM

CHERYL MURRAY,

Plaintiff,

v.

Lonn M. Heymann
Paul J. Komyatte
Raymond K. Bryant

RICHARD LANCENDORFER, in his individual and official capacity,
HOWARD JACKSON, in his individual and official capacity,
CHAD JEFFRIES, in his individual and official capacity,
JAMES W. BILLINGS, JR., Chief of the Pueblo Police Department, in his individual and official capacity, and
CITY OF PUEBLO, COLORADO,

Defendants.

Gordon L. Vaughan
Jessica K. Muzzio

---

**COURTROOM MINUTES**

---

**Pretrial Conference**

**2:00 p.m.** **Court in session.**

**ORDERED:** **(1) Defendants' Motion for Judgment on the Pleadings and for Summary Judgment [42], is withdrawn pursuant to [53] Defendants' Notice of Withdrawal of Motion.**
(2) **Stipulated Dismissal of Third Claim of Relief in the Original Complaint [51], is approved.**
**(3) Amended Stipulated Dismissal of Third Claim for Relief in the Original Complaint [52], is approved.**
**(4) Defendants Billings and City of Pueblo Colorado are dismissed and case caption shall be changed to only reflect remaining defendants.**

Discussion regarding plaintiff's medical conditions, injuries, damages, medical experts and prior police contact issue (Walter Murray).

Discussion regarding witnesses (limit expert testimony -police procedures) and discipline (Jeffries' letter of warning).
No witnesses by telephone.

October 21, 2011
10-cv-00595-RPM

Counsel agree to confer regarding the number of may-call witnesses.
Counsel state all three remaining defendants are still employed with the police department.

**ORDERED:** **5 day jury trial scheduled March 12, 2012.**
**Trial preparation conference scheduled February 24, 2012 at 2:00 p.m.**
**Proposed voir dire and substantive instructions with respect to case facts and claims due February 22, 2012.**

Mr. Vaughan informs Court that he has withdrawn certain affirmative defenses.

Counsel clarify remaining case claims.
Mr. Heymann states due process is not a separate claim.
Court states trial briefs permitted with respect to claim for failure to intervene.

Discussion regarding mixed race as a voir dire issue.

**2:42 p.m.** **Court in recess.**

Hearing concluded. Total time: 42 min.