IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00595-RPM

CHERYL MURRAY,

    Plaintiff,

v.

RICHARD LANCENDORFER, in his individual and official capacity,
HOWARD JACKSON, in his individual and official capacity,
CHAD JEFFRIES, in his individual and official capacity,
JAMES W. BILLINGS, JR., Chief of the Pueblo Police Department, in his individual
    and official capacity, and
CITY OF PUEBLO, COLORADO,

    Defendants.
_____

**ORDER GRANTING STIPULATED MOTION TO DISMISS CERTAIN DEFENDANTS, WITH PREJUDICE**
_____

THIS COURT, having reviewed the Stipulated Motion to Dismiss Certain Parties, with Prejudice (Docket No. 60) filed by the Parties, having reviewed the file, and being fully advised,

IT IS HEREBY ORDERED the claims against Defendants Richard Lancendorfer, Howard Jackson, Chad Jeffries, and James W. Billings in their individual and official capacities, are dismissed, with prejudice, with each party to pay his own costs and fees, reserving to Plaintiff her remaining claims against the City of Pueblo, Colorado.

IT IS FURTHER ORDERED, that Richard Lancendorfer, Howard Jackson, Chad Jeffries, and James W. Billings, in their individual and official capacities, be removed from the caption of this case.

Done this 9th day of February, 2012.

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge