IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00595-RPM

CHERYL MURRAY,

    Plaintiff,

v.

CITY OF PUEBLO, COLORADO,

    Defendants.

---

ORDER FOR DISMISSAL

---

Pursuant to the Stipulated Motion to Dismiss with Prejudice [62] filed February 13, 2012, it is

ORDERED that the complaint and action against defendant City of Pueblo, Colorado, are dismissed with prejudice, each party to pay their own costs and fees.

DATED: February 14th, 2012

        BY THE COURT:

        s/Richard P. Matsch

        _____
        Richard P. Matsch, Senior Judge